UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 20 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WEYERHAEUSER COMPANY, a Washington corporation; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>NATIONAL INTERSTATE INSURANCE COMPANY, an Ohio corporation; et al.,<br><br>Defendants - Appellees. | No. 24-3066<br><br>D.C. No. 2:21-cv-03886-MEMF-E<br><br>Central District of California, Los Angeles<br><br>MANDATE |

The judgment of this Court, entered September 02, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT